# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1989
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Matthew Watkins

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: November 16, 2017
Filed: November 30, 2017
[Unpublished]
_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

In this direct criminal appeal, Kevin Watkins challenges the sentence the district court[1] imposed following his guilty plea to possession of child pornography.

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

His counsel has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), discussing the reasonableness of the sentence.

We conclude that the district court did not abuse its discretion in sentencing Watkins, as it properly considered the 18 U.S.C. § 3553(a) factors; and there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion, and affirm.

_____